IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANIEL JON PETERKA,
D.O.C. # 119773,

    Plaintiff,

v.                                                4:21cv367–WS/MAF

RICKY D. DIXON, in his official
capacity as Secretary of the
Department of Corrections, and
JPAY, LLC,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation (ECF No. 64) docketed May 11, 2023. The magistrate judge recommends that Plaintiff's motion for leave to file a second amended complaint be denied. Plaintiff has filed objections (ECF No. 68) to the report and recommendation, and those objections have been considered by the undersigned.

By order (ECF No. 61) entered April 27, 2023, Counts II and III of Plaintiff's amended complaint were dismissed for failure to state a claim. Plaintiff

filed his motion for leave to file a second amended complaint several days later, seeking to cure the deficiency identified in Count II of his amended complaint. Like the magistrate judge, the undersigned finds that Plaintiff's motion for leave to again amend his complaint is due to be denied as futile. Plaintiff's objections and arguments to the contrary are unpersuasive. Accordingly, it is ORDERED:

    1. The magistrate judge's second report and recommendation (ECF No. 64) is hereby ADOPTED and incorporated by reference into this order.

    2. Plaintiff's motion (ECF No. 62) for leave to file a second amended complaint is DENIED.

    3. The clerk shall return the case to the magistrate judge for further proceedings as to Plaintiff's claim against Secretary Dixon in Count I of Plaintiff's amended complaint.

    DONE AND ORDERED this __14th__ day of __June__, 2023.

    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE