IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANIEL JON PETERKA,
D.O.C. # 119773,

    Plaintiff,

v.                                                            4:21cv367–WS/MAF

RICKY D. DIXON, in his official
capacity as Secretary of the
Department of Corrections, and
JPAY, LLC,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AS TO COUNT I

By order (ECF No. 61) dated April 27, 2023, the undersigned adopted the magistrate judge's report and recommendation (ECF No. 58) as to Counts II and III of Plaintiff's amended complaint and dismissed those counts as recommended. The undersigned deferred ruling on the magistrate judge's recommendation to deny the Secretary's motion to dismiss Count I pending a decision by the Eleventh Circuit in *Sims v. Secretary, Florida Department of Corrections*, No. 19–13745.

In moving to dismiss Count I, the Secretary raised a single argument: namely, that Plaintiff failed to exhaust his administrative remedies by failing to file a Petition to Initiate Rulemaking (a "PIRM"). The magistrate judge rejected this argument, explaining that "[f]iling a PIRM is not a step that the Department holds out to inmates as a requirement in the grievance process." ECF No. 58, p. 13. In an opinion released on July 31, 2023, the Eleventh Circuit in *Sims* held that "Florida's grievance procedures do not require that a prisoner file a Petition to Initiate Rulemaking." Mandate in *Sims* was issued on August 29, 2023. Consistent with the decision in *Sims*, the magistrate judge's report and recommendation as to Count I is due to be adopted.

Accordingly, it is ORDERED:

1. The stay (ECF No. 70) entered on June 20, 2023, is LIFTED.

2. As to Count I, the magistrate judge's report and recommendation (ECF No. 58) is ADOPTED and incorporated into this order by reference.

3. The Secretary's motion (ECF No. 52) to dismiss Count I for failure to exhaust administrative remedies is DENIED.

4. The clerk shall return the case to the magistrate judge for further proceedings as to Count I.

DONE AND ORDERED this __1st__ day of __September__, 2023.

                            s/ William Stafford
                            WILLIAM STAFFORD
                            SENIOR UNITED STATES DISTRICT JUDGE